# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PADILLA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF BELL GARDENS, et al.,<br>　　　Defendants. | CV 19-00892-DSF (PLAx)<br><br>Order to Show Cause re Sanctions |

　　Arpi Galstian has not responded to the Court's several communications concerning the fact that she is not a member of the Bar of the Central District of California. Ms. Galstian's appearance without applying for membership was inappropriate. The failure of Ms. Galstian to respond to the Court's communications is unacceptable.

　　Ms. Galstian is ordered to show cause in writing no later than May 20, 2019 why she should not be sanctioned in the amount of $250 for this conduct. Taking the appropriate action to obtain membership in the Bar of this Court or to terminate Ms. Galstian as counsel no later than May 15, 2019 will be an acceptable

response to the Order to Show Cause. Failure to respond with an acceptable explanation or to take the appropriate action will result in the sanctions being imposed.

IT IS SO ORDERED.

Date: May 1, 2019

Dale S. Fischer
United States District Judge