# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PADILLA, an individual, | Case No. 2:19-cv-00892-DSF-PLA |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |
| vs. | |
| CITY OF BELL GARDENS, a municipal corporation; CITY OF SOUTH GATE, a municipal corporation, COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 50, | |
| Defendants. | |

|     |                                                                                              |
| --- | -------------------------------------------------------------------------------------------- |
| 1   |                                                                                              |
| 2   | **ORDER**                                                                                    |
| 3   | AFTER GOOD CAUSE BEING SHOWN:                                                                |
| 4   | IT IS HEREBY ORDERED that the above-entitled mater is dismissed in its                       |
| 5   | entirety as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1).           |
| 6   | All parties waive any right to seek any costs and attorney's fees.                           |
| 7   | IT IS SO ORDERED.                                                                            |
| 8   |                                                                                              |
| 9   |                                                                                              |
| 10  | DATED:  August 1, 2019          *Dale S. Fischer*                                            |
| 11  |                                  Honorable Dale S. Fischer                                   |
| 12  |                                  United States District Judge                                |